﻿Citation Nr: AXXXXXXXX
Decision Date: 04/30/20 Archive Date: 04/30/20

DOCKET NO. 190914-31895
DATE: April 30, 2020

ORDER

Entitlement to an initial rating in excess of 10 percent for migraines including migraine variants is denied.

FINDING OF FACT

For the entire period on appeal, the Veteran’s migraines were characterized by prostrating attacks averaging one in two months over the last several months.

CONCLUSION OF LAW

The criteria for an initial rating in excess of 10 percent for migraines have not been met. 38 U.S.C. § 1155 (2018); 38 C.F.R. §§ 4.7, 4.124a, Diagnostic Code 8100 (2019).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active military service in the United States Marines Corps from December 1993 to September 1995. This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a September 2019 rating decision issued by the VA Regional Office (RO). The Board notes that evidence was added to the claims file during a period when new evidence was not allowed. Although, the Board may not consider that evidence, the Veteran may file a Supplemental Claim and submit or identify that evidence. 38 C.F.R. §§ 3.2501, 20.300.

The Veteran has asserted that the symptoms associated with his migraines are worse than that accounted for by the currently assigned initial rating.

In September 2019, the Veteran was afforded a VA examination. He described pulsating or throbbing head pain localized to the left side of his head. His head pain lasted less than one day and typically worsened with physical activity. Non-headache symptoms associated with his head pain included nausea, sensitivity to light and sound, and changes in vision. The examiner indicated that the Veteran had prostrating attacks of headache pain occurring once in two months. He was not currently on any treatment plan. The examiner noted that the Veteran’s migraines impacted his ability to work due to the Veteran’s inability to focus and concentrate on occupational tasks. The examination was unremarkable for any other pertinent physical findings, complications, conditions, signs or symptoms related to the Veteran’s migraines.

A review of post-service treatment records showed that the Veteran has received additional treatment for his headache pain. However, there is no indication from the applicable evidentiary record that the Veteran’s symptoms were manifestly different than the findings discussed above. 

Based on the foregoing, a higher rating is not warranted for the entire period on appeal. In this regard, the September 2019 VA examination report documented that the Veteran had prostrating attacks of headache pain occurring once in two months. Furthermore, there is no indication during the applicable evidentiary period that the Veteran’s migraines were manifested by characteristic prostrating attacks occurring on an average once a month over the last several months. Accordingly, the Board finds that an initial rating in excess of 10 percent is not warranted. 38 C.F.R. § 4.124a, Diagnostic Code 8100. Gilbert v. Derwinski, 1 Vet. App. 49, 55 (1990).

Consideration has been given to assigning staged ratings. However, at no time during the period in question has the disability warranted a higher schedular rating than that assigned. Fenderson v. West, 12 Vet. App. 119 (1999); Hart v. Mansfield, 21 Vet. App. 505 (2007). 

 

 

Kristin Haddock

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board D. Ware, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.